BRETT L. TOLMAN, United States Attorney, (#8821)
KARIN FOJTIK, Assistant United States Attorney (#7527)
Attorneys for the United States of America
185 South State Street, Suite 300 • Salt Lake City, Utah 84111-1506
Telephone: (801) 524-5682 • Facsimile: (801) 524-4475

SEALED

## IN THE UNITED STATES DISTRICT COURT

### DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> DAHAN DAMARI ANDERSON, <br> RANDY CHANHMANY <br><br> Defendant. | **INDICTMENT** <br><br> Vio: 18 U.S.C. § 1591(a)(1) <br> [Sex Trafficking] <br><br> Case: 2:09-cr-00251 <br> Assigned To : Stewart, Ted <br> Assign. Date : 4/29/2009 <br> Description: USA v. |

The Grand Jury charges:

**COUNT 1**
**18 U.S.C. § 1591(a)(1)**
**(Sex Trafficking)**

Beginning in July 2008, and continuing through October 2008, in the Central Division of the District of Utah,

**DAHAN DAMARI ANDERSON,**
**and RANDY CHANHMANY**

the defendants herein, did knowingly recruit, entice, harbor, transport, provide, and obtain, by any means, in and affecting interstate commerce, PERSON A, knowing, and in reckless

disregard that means of force, threats of force, fraud, and coercion would be used to cause PERSON A, to engage in a commercial sex act, and did aid and abet therein, all in violation of Title 18, United States Code, Section 1591(a)(1), 1591(e)(2), and 2, and punishable by Title 18, United States Code, Section 1591(b)(2).

**COUNTS 2**
**18 U.S.C. § 1591(a)(1)**
**(Sex Trafficking)**

Beginning in July 2008, and continuing through October 2008, in the Central Division of the District of Utah,

**DAHAN DAMARI ANDERSON,**
**and RANDY CHANHMANY**

the defendants herein, did knowingly recruit, entice, harbor, transport, provide, and obtain, by any means, in and affecting interstate commerce, PERSON B, knowing, and in reckless disregard that means of force, threats of force, fraud, and coercion would be used to cause PERSON B, to engage in a commercial sex act, and did aid and abet therein, all in violation of Title 18, United States Code, Section 1591(a)(1), 1591(e)(2), and 2, and punishable by

Title 18, United States Code, Section 1591(b)(2).

                        A TRUE BILL:      /s/

                        _____
                        FOREPERSON OF THE GRAND JURY

BRETT L. TOLMAN
UNITED STATES ATTORNEY

_____
KARIN FOJTIK
Assistant United States Attorney

3